[No. 50192-5-I.   Division One.   July 26, 2004.]

*In the Matter of the Detention of* MICHAEL ALLEN HALGREN.

The opinion in the above captioned case, which appeared in the advance sheets at 122 Wn. App. 660-70, has been omitted from this permanent bound volume because of an order of the Court of Appeals dated September 23, 2004 publishing the opinion in full. The full opinion appears at 124 Wn.2d 206.